**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CRAIG THOMAS BATES,

Plaintiff,

v.

TIMOTHY O'DELL, sued as R. Timothy O'Dell; PATRICK O'MALLEY; JOHN W. RICHES, II; BONNIE HAYES; M. MIKEL; and SAMPSON,

Defendants.

Civil No. 01-1045 (DWF/RLE)

**ORDER AND MEMORANDUM**

---

Craig Thomas Bates, Pro Se, #162673, WI Correctional Facility, Racine Correctional Institution, Box 900 I, Sturtevant, WI 53177-0900, Plaintiff.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated June 13, 2001, in which Magistrate Judge Erickson recommends that the Clerk of Court issue a summons and the United States Marshal serve a copy of the Complaint and Summons upon the Defendants as directed by the Plaintiff, and that all costs of service shall be advanced by the United States consistent with the Report and Recommendation. The Report and Recommendation also recommends that Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) be denied.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record, the Court having reviewed the submissions of the Plaintiff, and the Court being otherwise duly advised in the premises, the Court hereby adopts the Report and Recommendation of Magistrate Judge Erickson in all respects.

Accordingly, **IT IS HEREBY ORDERED**:

FILED JUL 11 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

The Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

Dated: July 11, 2001

DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

The Report and Recommendation of Magistrate Judge Raymond L. Erickson is clear in its meaning. The Plaintiff is obligated to pay $11.72 to initiate the above-entitled action, with the remainder to be paid in installments. *See* 28 U.S.C. § 1915(b)(1)-(2). However, in the interim, the Plaintiff is permitted to proceed with his civil action.

D.W.F.