UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Craig Thomas Bates,

Plaintiff,

vs. ORDER

R. Timothy O'Dell, P. O'Malley, John W. Riches, II, Bonnie Hayes, M. Mikel, Sampson,

Defendants. Civ. No. 01-1045 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

To: Craig Thomas Bates, Wisconsin Correctional Facility, Racine Correctional Institution, Box 900 I, Sturtevant, Wisconsin 53177-0900.

At Duluth, in the District of Minnesota, this 5th day of November, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on June 7, 2001, by the filing of a Complaint with the Clerk of Court. Prior to serving the Complaint upon the Defendants, the Plaintiff filed an Amended Complaint, on June 20, 2001, which dropped Defendant "Jane Doe," and added

(18)

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant "Sampson." While the remainder of the Defendants have been served by the United States Marshals Service, and have filed a responsive pleading, it appears that one hundred and twenty (120) days have passed and the Defendant Sampson has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant Sampson and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE