UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Craig Thomas Bates,

Plaintiff,

vs. REPORT AND RECOMMENDATION

R. Timothy O'Dell, P. O'Malley,
John W. Riches, II, Bonnie Hayes,
M. Mikel, Sampson,

Defendants. Civ. No. 01-1045(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of December, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

The Complaint in this matter was filed on June 7, 2001, in the United States District Court for the District of Minnesota. On November 5, 2001, it having appeared that one hundred and twenty (120) days had passed, and that the Defendant Sampson had not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order, which stated as follows:

FILED DEC 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

> That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant Sampson and for failure of prosecution.

The Plaintiff has failed to abide by the terms of our Order of November 5, 2001.[1] As of this date, more than a full month after our Order, the Court has not received from the Plaintiff any submission which constitutes a showing that good cause exists not to Recommend that this action, as it relates to Defendant Sampson, be dismissed for the reasons stated in our Order.

WHEREFORE, it is --

RECOMMENDED:

That this action, as it relates to Defendant Sampson, be dismissed for failure to comply with this Court's Order of November 5, 2001, for failure to effect proper service, and for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]The Order of November 5, 2001, which was sent to the Plaintiff's last known address, at the Racine Correctional Institution in Sturtevant, Wisconsin, was returned to the Clerk of Court's office with no forwarding address listed.

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than December 24, 2001,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than December 24, 2001,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. § 636 to review the transcript in order to resolve all of the objections made.